*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 16-BG-467**

FILED 8/4/16
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

IN RE: KAREN A. CACO,
                                    Respondent.
**Bar Registration No. 992216**                **DDN: 284-15**

BEFORE: Glickman, Associate Judge, and Nebeker and Farrell, Senior Judges.

### ORDER
(FILED - August 4, 2016)

On consideration of the certified order suspending respondent from the practice of law in the state of Florida for a period of one year, this court's June 3, 2016, order suspending respondent pending further action of the court and directing her to show cause why the functionally-equivalent reciprocal discipline of a one year suspension with a fitness requirement should not be imposed, the statement of Disciplinary Counsel regarding reciprocal discipline, the statement of respondent wherein she consents to the imposition of reciprocal discipline, and respondent's D.C. Bar R. XI, §14 (g) affidavit filed on June 30, 2016, it is

ORDERED that Karen A. Caco is hereby suspended from the practice of law in the District of Columbia for a period of one year *nunc pro tunc* to June 30, 2016. Reinstatement is contingent upon a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

### PER CURIAM